UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN LAWRENCE,

    Plaintiff,

v.   Case No: 8:20-cv-1517-VMC-JSS

FPA VILLA DEL LAGO, LLC and
TRINITY PROPERTY
CONSULTANTS, LLC,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Compel Defendant FPA Villa Del Lago to Comply with This Court's Order (Dkt. 75), Plaintiff's Amended Local Rule 3.01(g) Certification (Dkt. 78), Plaintiff's Motion to Compel Discovery Responses (Dkt. 93), Plaintiff's Amended Local Rule 3.01(g) Certification to Doc. 93 (Dkt. 99), and Defendants' responses in opposition (Dkts. 87, 93).  On September 20, 2021, the Court conducted a hearing on the Motions.  Upon consideration, and for the reasons stated during the hearing, it is **ORDERED**:

1. Plaintiff's Motion to Compel Defendant FPA Villa Del Lago to Comply with This Court's Order (Dkt. 75) and Amended Local Rule 3.01(g) Certification (Dkt. 78) (collectively, the "Motion") is **GRANTED** as follows:

    a. With respect to Interrogatory Nos. 3 and 4, the Motion is **GRANTED** to the extent that Defendants shall amend the response to these requests. Defendant shall provide the specific information requested including the amount of the room, board and fees paid as well as each person's move out date. Defendant shall also identify all persons who were billed after their move out date as stated in the interrogatory requests.

    b. With respect to Request for Production Nos. 7, 8, and 13, the Motion is **GRANTED** to the extent that Defendants shall amend its responses to include a specific reference to the Bates Stamped Numbers that are responsive to each request.

    c. The amended responses shall be provided on or before October 15, 2021.

2. Plaintiff's Motion to Compel Discovery Responses (Dkt. 93) and Amended Local Rule 3.01(g) Certification to Doc. 93 (Dkt. 99) (collectively, the "Motion") is **GRANTED** as follows:

    a. With respect to Request for Production Nos. 4 and 11, the Motion is **GRANTED** to the extent that Defendants shall amend the responses to these requests on or before October 15, 2021. Defendants shall produce responsive documents in its possession, custody or control or indicate that such documents do not exist. In its amended responses, Defendants shall also include reference to the Bates Stamped Numbers of the responsive documents, if any.

    b. The Motion is otherwise denied.

**DONE** and **ORDERED** in Tampa, Florida, on September 20, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record