UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN LAWRENCE,

    Plaintiff,

v.   Case No: 8:20-cv-1517-VMC-JSS

FPA VILLA DEL LAGO, LLC and
TRINITY PROPERTY
CONSULTANTS, LLC,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Compel Compliance with Federal Rule of Civil Procedure Rule 26(a)(1)(A)(iv) and for Sanctions (Dkt. 127) and Defendant FPA Villa Del Lago, LLC's Response (Dkt. 129). As Defendant FPA Villa Del Lago, LLC has responded to the discovery requests at issue (Dkt. 29 at 3), Plaintiff's Motion is denied without prejudice. Plaintiff may renew the Motion, including the request for attorney's fees, if warranted. Accordingly, it is **ORDERED** that Plaintiff's Motion to Compel is **DENIED** without prejudice.

**DONE** and **ORDERED** in Tampa, Florida, on November 8, 2021.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record