UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN LAWRENCE,

    Plaintiff,

v.                                          Case No: 8:20-cv-1517-VMC-JSS

FPA VILLA DEL LAGO, LLC and
TRINITY PROPERTY
CONSULTANTS, LLC,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Contempt (Dkt. 132), Renewed Motion to Compel and for Sanctions (Dkt. 133) (collectively, the "Motions"), and Defendant's responses in opposition (Dkts. 135, 136). On December 16, 2021, the Court conducted a hearing on the Motions. Upon consideration, and for the reasons stated during the hearing, it is **ORDERED**:

1. Plaintiff's Motion for Contempt (Dkt. 132) is **DENIED**, except that Defendants are directed to supplement their response to Plaintiff's Request related to Interrogatory No. 3 to indicate the specific types of fees paid, and if determinable, the standard amount of each fee paid as reflected in Defendants' response to Plaintiff's Interrogatory No. 3. Defendants' supplemental response is due on or before January 14, 2022.

2. Plaintiff's Renewed Motion to Compel and for Sanctions (Dkt. 133) is **DENIED** for the reasons stated during the hearing. Nevertheless, as discussed at the hearing, Defendants shall amend their Rule 26 disclosures in light of Defendants' production of the insurance policy, and Defendants shall supplement their Rule 26 disclosures if Defendants learn of additional information regarding a separate debt collector that acted on Defendants' behalf. Defendants' amended disclosures are due on or before January 14, 2022.

**DONE** and **ORDERED** in Tampa, Florida, on December 20, 2021.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record